## Case No. 5,161.

### FURLONG v. COLEMAN.

[3 Cranch, C. C. 178.][1]

Circuit Court, District of Columbia. Nov. Term, 1827.

Mr. Hewitt, for defendant,

THE COURT (THRUSTON, Circuit Judge, absent) said, that the rule being laid at the last term in open court, and not objected to, at that time, the burden of proof was now on the plaintiff to show that he was a resident of the county at that time. That the plaintiff, and his counsel were bound to take notice of all the orders made by the court in the cause.